

FILED

SEP 2 1 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**UNITED STATES OF AMERICA**

v.                                                    **CRIMINAL NO. 2:23CR88**

**GABRIEL JULIAN ZAPATA,**

        **Defendant.**

## ORDER ACCEPTING PLEA OF GUILTY

This matter is before the Court for consideration of a Report and Recommendation by the Magistrate Judge recommending that the Court accept the Defendant's plea of guilty to the specified charge(s) in the pending matter pursuant to a plea hearing proceeding conducted by the Magistrate Judge with the consent of the Defendant and counsel. It appears that the Magistrate Judge made full inquiry and findings pursuant to Rule 11; that the Defendant received notice of the right to file specific objections to the Report and Recommendation; and that no objections have been asserted within the prescribed time period, it is hereby

**ORDERED** that the Report and Recommendation and findings of the Magistrate Judge are **ADOPTED**, the Court **ACCEPTS** the Defendant's guilty plea to Counts Three and Four of the Indictment and the Defendant is **ADJUDGED GUILTY**. The Court **DIRECTS** the Probation Office to conduct a presentence investigation and prepare a report pursuant to Federal Rule of Criminal Procedure 32.

Date: September 21, 2023

                                                  Raymond A. Jackson
                                                  United States District Judge